SEALED

FILED
JUL 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
Josh Franklin Sigal
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) 2:15-MJ-0146 CKD |
|---|---|
| v. | ) **SEALING ORDER** |
| **DAVID MORA SAAVEDRA,** | ) **UNDER SEAL** |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: July 13, 2015

_____
Hon. Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE